# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Franciso Marin,
    Plaintiff,
       v.
Walgreens, Inc.,
    Defendant.

**CASE NUMBER: 98-1673 (HL)**

## MOTION

Date Filed: 8/17/98    Docket #5    [ ] Plffs [x] Defts
Title: Motion to Dismiss
Opp'n Filed:    Docket #

## ORDER

    Before the Court is Defendant Walgreens of Puerto Rico, Inc.'s ("Walgreens") Motion to Dismiss, Dkt. No. 5, Plaintiff Francisco Marin's ("Marin") opposition Brief, Dkt. No. 8, Walgreens' Reply, Dkt. No. 9, and Marin's sur-reply, Dkt. No. 10.

    Although Marin filed suit more than one year after he knew of his injury, his letter to Walgreens' claims service tolled the statute of limitations. See *Kery v. American Airlines*, 931 F.Supp. 947 (D.P.R. 1995). Walgreens' Motion to Dismiss is hereby denied.

Date 12/16/99      HECTOR M. LAFFITTE
                           Chief U.S. District Judge



