UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Francisco Marin,
    Plaintiff,
        v.
Walgreens, Inc.,
    Defendant.

CASE NUMBER: 98-1673 (HL)

## MOTION

Date Filed: 8/17/98    Docket #6    [ ] Plffs  [x] Defts
Title: Motion Pursuant to Rule 12(f)
Opp'n Filed:    Docket #

## ORDER

Defendant's motion to strike "certain immaterial [sic] on impertinent matters" is hereby denied. References in the complaint to the law of Florida are not necessarily immaterial, as Defendant has failed to demonstrate that the substantive law of Florida will not apply in this case. Defendant has failed to account for the fact that *Klaxon Co. v. Stentor Electric Manufacturing Co.*, 313 U.S. 487 (1941) provides that in diversity cases federal courts apply the conflict-of-laws rules of the forum state. This does not always mean that substantive law of the forum state will apply.

Date 1-10-00

HECTOR M. LAFFITTE
Chief U.S. District Judge

RECEIVED & FILED
'00 JAN 11 AM 9:24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.