# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Francisco Marin,
    Plaintiff,
        v.
Walgreens, Inc.,
    Defendant.

**CASE NUMBER:** 98-1673 (HL)

## MOTION

Date Filed: 1/14/00    Docket #14    [ ] Plffs [x] Defts
Title: Motion to Dismiss for Lack of Jurisdiction
Opp'n Filed:    Docket #

## ORDER

Denied. Plaintiff shall have until February 15, 2000 to plead properly the Court's subject matter jurisdiction. Absent an adequate pleading of jurisdiction, Plaintiff's case shall be immediately dismissed.

Date 1-25-00    HECTOR M. LAFFITTE
                              Chief U.S. District Judge


