UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Francisco Marin,
    Plaintiff,
       V.                                    CASE NUMBER: 98-1673 (HL)
Walgreens, Inc.,
    Defendant.

| MOTION |
|---|
| Date Filed: 1/27/00    Docket #16    [ ] Plffs  [x] Defts<br>Title: Motion Requesting Nonresident Bond<br>Opp'n Filed:    Docket # |
| **ORDER** |
| Defendant's request that Plaintiff be required to post a nonresident bond of $5,000.00 is denied. |

| MOTION |
|---|
| Date Filed: 1/28/00    Docket #18    [x] Plffs  [ ] Defts<br>Title: Motion Posting Nonresident Bond<br>Opp'n Filed:    Docket # |
| **ORDER** |
| Plaintiff's nonresident bond of $250.00 is accepted. |

Date 2/3/00        HECTOR M. LAFFITTE
                            Chief U.S. District Judge


