# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Francisco Marin,
     Plaintiff,
       **V.**
Walgreens, Inc.,
     Defendant.

**CASE NUMBER:** 98-1673 (HL)

| MOTION |
|---|

Date Filed: 3/17/00    Docket #24    [x] Plffs [] Defts
Title: Motion to Strike Defendant's Expert
Opp'n Filed:    Docket #

| ORDER |
|---|
| Denied without prejudice for failure to comply with Local Rule 311(11). |

Date 3/20/00

**HECTOR M. LAFFITTE**
**Chief U.S. District Judge**



