UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Francisco Marin,
    Plaintiff,
        V.                             CASE NUMBER: 98-1673 (HL)
Walgreens, Inc.,
    Defendant.

## MOTION

Date Filed: 3/13/00     Docket #21     [] Plffs [x] Defts
Title: Compliance with Scheduling Order and Motion to Strike
Opp'n Filed:     Docket #

## ORDER

Plaintiff shall show cause by April 5, 2000 why the February 4, 2000 transmittal letter and supplements was not served on Defendant in a timely fashion.

Date 3/21/00          HECTOR M. LAFFITTE
                                 Chief U.S. District Judge

