# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE   HECTOR M. LAFFITTE

COURTROOM DEPUTY: Minerva **FIGUEROA**           DATE:   September 19, 2000

COURT REPORTER: N/A                               CIV NO:   98-1673 (HL)

COURT INTERPRETER: N/A

===============================================================================

Francisco Marin                                   **Attorneys:** José Colón-Santana,
                                                  Esq.
vs.

Walgreens, Inc.                                   Eduardo Castillo-Blanco, Esq.

===============================================================================

Case called for Pretrial and Settlement Conference.  The proposed Pretrial Order is approved by the Court.

It appears that case is settled and the parties will advised the Court by September 25, 2000 if settlement is achieved.

Courtroom Deputy Clerk

Parties to be notified.

