1600-615

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FRANCISCO MARIN

   Plaintiff

Vs.

CIVIL NO. 98-1673 (HL)

WALGREENS, INC.

   Defendants

## JUDGMENT

The parties, have reached and filed a Settlement Stipulation wherein defendant Walgreens of Puerto Rico, Inc. agrees to pay to plaintiff Francisco Marin the amount of Ten Thousand Dollars ($10,000.00) without costs and/or assessment of attorneys' fees for plaintiff's personal injuries and all other damages suffered as a result of the wrongful dispatched medicine which occurred on December 28, 1996.

After reviewing the terms of said Settlement Stipulation, this Court expressly approves same and accordingly enters judgment thereon in favor of plaintiff against the defendant in the amount of Ten Thousand Dollars ($10,000.00) without costs and/or attorneys' fees.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 27th day of September, 2000.

_____
HECTOR M. LAFFITE
Chief United States District Judge